928

No. 453, Misc. SPROCH *v.* ILLINOIS. Supreme Court of Illinois. Certiorari denied.

No. 470, Misc. CIHA *v.* ILLINOIS. Supreme Court of Illinois. Certiorari denied.

No. 475, Misc. ST. JOHN *v.* ATTORNEY GENERAL OF ILLINOIS. Circuit Court of Randolph County, Illinois. Certiorari denied.

No. 476, Misc. SCHECTMAN *v.* MURPHY, WARDEN. C. A. 2d Cir. Certiorari denied.

No. 479, Misc. McGARTY *v.* O'BRIEN, WARDEN. C. A. 1st Cir. Certiorari denied. *William C. Crossley* for petitioner. *Francis E. Kelly,* Attorney General of Massachusetts, and *Henry P. Fielding,* Assistant Attorney General, for respondent.

No. 480, Misc. SOULIA *v.* O'BRIEN, WARDEN. C. A. 1st Cir. Certiorari denied. *Joseph J. McGovern* and *Margaret F. McGovern* for petitioner. *Francis E. Kelly,* Attorney General of Massachusetts, and *Henry P. Fielding,* Assistant Attorney General, for respondent.

No. 482, Misc. BURGE *v.* PENNSYLVANIA ET AL. Supreme Court of Pennsylvania, Western District. Certiorari denied.

No. 305. FARINA ET AL. *v.* UNITED STATES, 340 U. S. 875. Motion for leave to file petition for rehearing denied.